IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNESTO J. BENAVIDEZ,

    Petitioner,

v.                                                              No. 24-cv-1183 KG/KK

ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

    Respondent.

## ORDER GRANTING EXTENSION OF TIME TO AMEND PETITION

This matter is before the Court on Petitioner's Motion for Extension of Time, (Doc. 6), filed October 29, 2025. Petitioner is incarcerated and proceeding *pro se*. On October 23, 2025, the Court ordered Petitioner to file an amended habeas petition within thirty (30) days. (Doc. 5) (Order Directing Amendment). Petitioner requests an extension of time to comply with the deadline to amend due to a medical condition. *See* (Doc. 6). The Court finds good cause to grant an extension for Petitioner to comply with the Order Directing Amendment and extends Petitioner's deadline to January 5, 2026. Petitioner is reminded that failure to comply with the Order Directing Amendment may result in dismissal of this case without further notice and any future Section 2254 filings may be time barred.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Extension of Time, (Doc. 6), is GRANTED; and

2. Petitioner's deadline to file an amended Section 2254 petition that complies with the Order Directing Amendment (Doc. 5) is extended to January 5, 2026.

                                              /s/Kenneth J. Gonzales
                                              CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.